

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00313-CV

**IN THE INTEREST OF M.H.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date and without reference to the merits, the trial court's January 22, 2014 order is VACATED and this cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

All costs of this appeal are ORDERED assessed against the party that incurred them.

SIGNED August 20, 2014.

_____
Luz Elena D. Chapa, Justice